1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11

**ST. PAUL FIRE AND MARINE INSURANCE CO., et al.,**

12

**CASE NO. 2:14-cv-01962-MCE-KJN**

**Plaintiffs,**

13

**ORDER TO RELATE AND REASSIGN CASE**

**v.**

14
15

**CENTEX HOMES, et al.,**

16

**Defendants.**

17
18

   Review of the above-captioned action reveals that it is related under this Court's Local Rule

19

123 to the action entitled *Travelers Indemnity Company of Connecticut v. Centex Homes*, Case No.

20

1:14-CV-00217-LJO-GSA.  The actions involve the same or similar parties, properties, claims, events

21

and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and

22

magistrate judge will promote convenience, efficiency, and economy for the Court and parties.  An

23

order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge

24

and magistrate judge, and no consolidation of cases is effected.

25

///

26

///

1

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned

to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Gary S. Austin. All documents

shall bear the new **CASE NO. 2:14-cv-01962-LJO-GSA.**

Dated:  September 5, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT